**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

UNITED STATES OF AMERICA

VS.

**DERRICK A. GRIFFIN**,

Supervised Releasee

NO. 5: 02-CR-73 (HL)

RE: VIOLATION OF SUPERVISED RELEASE

## O R D E R

DERRICK A. GRIFFIN, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a Preliminary Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. LaRae Dixon Moore of the Federal Defenders Office. The government was represented by Assistant U. S. Attorney Tamara A. Jarrett. With assistance of counsel, Mr. GRIFFIN waived in writing his right to a Preliminary Hearing.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE herein, *inter alia*, that the **SUPERVISED RELEASEE** possessed/used cocaine or MDMA (Ecstasy) on several occasions while under supervision and most recently failed to submit to drug testing as directed. In addition he was charged on June 4, 2009, with the state offense of Possession With Intent to Distribute Marijuana. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of a Final Revocation Hearing, the undersigned finding that he poses both a danger to the community because of continued drug usage and a serious risk of flight because of the very real chance of returning to prison.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the district judge to whom this case is assigned for a FINAL HEARING as directed by that judge.  The Clerk of Court is directed to forward this order and the within file to the appropriate district judge  for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 21st day of JULY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE